**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-1705**

---

S. REBECCA DACHMAN,

                              Plaintiff - Appellant,

        versus

DONNA A. SHALALA, Department of Health and
Human Services,

                              Defendant - Appellee,

        and

KAREN D. WEISS,

                              Party-in-interest.

MARGARET MITRANE, M.D.,

                              Movant.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Andre M. Davis, District Judge.  (CA-96-
873-AMD)

---

Submitted:  September 9, 1999      Decided:  September 14, 1999

---

Before ERVIN, WILKINS, and HAMILTON, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

———————————

S. Rebecca Dachman, Appellant Pro Se.  Lynne Ann Battaglia, United States Attorney, George Levi Russell, III, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland; Barry Frederick Smith, UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES, Washington, D.C., for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

S. Rebecca Dachman appeals from a district court order granting the Defendant summary judgment as to all of Dachman's employment discrimination claims except Dachman's claim of discriminatory discharge.  We dismiss the appeal for lack of jurisdiction because the order is not appealable.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949).  The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory.  In light of the concern Dachman expresses in her informal brief regarding waiver of her right to appeal, we note that our dismissal is without prejudice.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>